SAMUEL C. IRVIN et al., Respondents, *v.* CITIZENS TRUST COMPANY et al., as Administrators of the Estate of MARY S. CODDINGTON, Deceased, Appellant.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 578.)

WILLIAM F. AUGUSTINE, as Administrator of the Estate of JOHN B. AUGUSTINE, Deceased, Appellant, *v.* TOWN OF BRANDT, Respondent, Impleaded with Others.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 198.)

FIRST NATIONAL BANK OF BRIDGEPORT, CONNECTICUT, Appellant, *v.* NATHAN BLACKMAN et al., Copartners under the Firm Name of NATHAN BLACKMAN & COMPANY, Respondents.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 322.)

In the Matter of the Accounting of GUISIPPINA PARASCANDOLA, as Administratrix with the Will Annexed of JOSEPH AUDITORE, Deceased, Respondent, *v.* NATIONAL SURETY COMPANY et al., Appellants.

MECHANICS BANK, as Trustee, et al., Respondents.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion to amend remittitur denied, without costs. (See 249 N. Y. 335.)